NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


HERBERT and LESLIE GRAHAM, )
)
Appellants, )
)
v. )    Case No. 2D15-4357
)
WELLS FARGO BANK, N.A., Successor )
by Merger to Wachovia Bank, N.A., )
)
Appellee. )
_____ )

Opinion filed April 12, 2017.

Appeal from the Circuit Court for Highlands
County; Peter F. Estrada, Judge.

Kevin L. Hagen of Hagen & Hagen P.A., Ft.
Lauderdale, for Appellants.

Monica L. Haddad Forbes, Sara F. Holladay-
Tobias, and Emily Y. Rottmann, of
McGuireWoods LLP, Jacksonville, for
Appellee.


CASANUEVA, Judge.

Herbert and Leslie Graham appeal a final judgment of foreclosure in favor

of Wells Fargo Bank, N.A., Successor by Merger to Wachovia Bank, N.A. We find merit

only in their argument that the trial court erred in awarding $7790 in attorney's fees to

Wells Fargo without making required findings.[1]  The remaining portions of the final judgment are affirmed without comment.

The final judgment of foreclosure awarding Wells Fargo attorney's fees fails to set forth findings as to the time reasonably expended, the hourly rate, or other factors, if any, considered to explain how the trial court arrived at the amount of fees it awarded as required by Florida Patient's Compensation Fund v. Rowe, 472 So. 2d 1145 (Fla. 1985).  Because these findings are required, the lack of a transcript does not affect this court's review of the order on appeal.  See Guardianship of Halpert v. Rosenbloom, 698 So. 2d 938, 939-40 (Fla. 4th DCA 1997) (noting that Rowe findings are mandatory and where an order lacks such findings, the lack of a transcript does not preclude appellate review because reversible error is apparent on the face of the order); see also Bayer v. Glob. Renaissance Arts, Inc., 869 So. 2d 1232, 1232 (Fla. 2d DCA 2004) (same).

Accordingly, the award of $7790 for attorney's fees to Wells Fargo is reversed for further proceedings consistent with this opinion.

Affirmed in part; reversed in part.


SLEET and ROTHSTEIN-YOUAKIM, JJ., Concur.

---

[1]The Grahams' brief does not challenge a $2800 fee award to Choice Legal Group.